IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

FREDDIE T. MCLAURIN, JR.,

                Plaintiff,

v.

OFFICER HAG,

                Defendant.

ORDER

11-cv-766-slc

---

In an order entered on February 2, 2012, plaintiff Freddie McLaurin was granted leave to proceed *in forma pauperis* on his Eighth Amendment claim that defendant Hag sexually assaulted him. In the same order, plaintiff was given until February 15, 2012 in which to submit an addendum to his complaint stating the date on which the alleged assault occurred. It is now February 28, 2012, and plaintiff has not submitted an addendum or asked for more time within which to do so. Because plaintiff is proceeding *pro se*, I will allow him one final opportunity to submit the required information. If plaintiff fails to submit an addendum stating the date the incident occurred, then his complaint will be dismissed for his failure to prosecute it.

ORDER

IT IS ORDERED that plaintiff Freddie McLaurin may have until March 14, 2012 to submit an addendum to his complaint. If, by March 14, 2012, plaintiff fails to submit the required addendum or explain his failure to do so, the clerk of court is directed to enter judgment dismissing this case without prejudice for plaintiff's failure to prosecute it.

Entered this 2nd day of March, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge