IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDDIE T. MCLAURIN, JR.,

    Plaintiff,

v.

TRAVIS HAG,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-766-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting defendant's motion to dismiss this case without prejudice for plaintiff's failure to satisfy the exhaustion requirement under 42 U.S.C. § 1997e(a).

_____      _9/19/12_
Peter Oppeneer, Clerk of Court            Date